# Irwin M. Portnoy and Associates, P.C.

**IRWIN M. PORTNOY**  
U. S. ADMINISTRATIVE LAW JUDGE (RETIRED)

542 UNION AVENUE  
NEW WINDSOR, NEW YORK  12553  
TEL (845) 567-0315; DIRECT NUMBER 845/562-1028  
FAX (845) 567-1176  
E-MAIL: IMPortnoy@aol.com

September 12, 2023

Honorable Valerie Figueredo  
United States Magistrate Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

Re:   Lego v. Kijakazi  1:23-cv-05293 AS-VF

Dear Judge Figuredo:

    I hereby propose a briefing schedule in place of the existing schedule. I have not made a prior request. A significant number of Jewish holidays will adversely affect my ability to devote time to my briefs in a 30 day period provided by the existing order. It is as follows:

1. Plaintiff's Brief due November 11, 2023, or sixty days after Defendant's counsel files the Administrative Record.

2. Defendant's brief due 60 days later, or 60 days from date Plaintiff's brief is filed;

3. Plaintiff's Reply: 30 days after Defendant's brief is filed.

Defendant's counsel has consented. If you agree, please "So order" this request.

Respectfully,

*[signature]*

Attorney for Plaintiff

cc:   Padma Chatage  
       Social Security Administration Litigation Office 2

SO ORDERED:

*[signature]*

_____  
Valerie Figuredo, U.S. M. J. Date: September 14, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No.15.