UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CHRISTOPHER JAMES LEGO,

                Plaintiff,                      23 **CIVIL** 5923 (AS) (VF)

       -v-                        **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 02, 2023, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will take action to complete the administrative record, further evaluate the claimant's residual functional capacity, re-evaluate the medical evidence and the medical opinions of record, and further evaluate the claimant's subjective complaints, in accordance with the Commissioner's regulations. The ALJ will offer the Plaintiff the opportunity for a hearing and issue a de novo decision.

**Dated:**  New York, New York

       October 03, 2023

                                                        **RUBY J. KRAJICK**

                                                              Clerk of Court

                    **BY:**

                                                              **Deputy Clerk**